# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. v. RAVEN J. JOHNSON                              Docket No. 5:13-CR-249-2D

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of RAVEN J. JOHNSON, who, upon an earlier plea of guilty to Conspiracy to Pass Counterfeit Obligations of the United States in violation of 18 U.S.C. § 371, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 3, 2014, to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall participate in a vocational training program as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

      RAVEN J. JOHNSON was released from custody on March 3, 2014, at which time the term of supervised release commenced and her supervision was transferred to the Eastern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 14, 2015, a violation notice was received from the Eastern District of New York. The notice indicated that the defendant tested positive for marijuana on December 16, 2014; failed to participate in mental health and substance abuse treatment; and made one payment of $20 toward her financial obligation of $133,300 which the court ordered to be paid at the rate of $50 per month and joint and several with her co-defendants. As a sanction for these violations, we are recommending that Johnson be required to participate in the location monitoring program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Dwayne K. Benfield | /s/ Lakesha H. Wright |
| Dwayne K. Benfield | Lakesha H. Wright |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: February 6, 2015 |

RAVEN J. JOHNSON
Docket No. 5:13-CR-249-2D
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __9__ day of __February__, 2015, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge